UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00290-IM |
| v. | INFORMATION |
| LILLITH ETIENNE GRIN, | 18 U.S.C. § 111(a) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Assault on a Federal Officer)**
**(18 U.S.C. § 111(a)(1))**

On or about July 12, 2020, in the District of Oregon, the defendant **LILLITH ETIENNE GRIN** did forcibly assault Agent Victim 1 (AV1), a person designated as a federal officer under 18 U.S.C. § 1114, while AV1 was engaged in the performance of his official duties;

In violation of Title 18 United States Code, Section 111(a)(1), a class A misdemeanor.

Dated: July 31, 2020         Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Paul T. Maloney*
PAUL T. MALONEY, OSB #013366
Assistant United States Attorney