Michelle Sweet, OSB No. 060015
Assistant Federal Public Defender
101 S.W. Main, Suite 1700
Portland, OR  97204
Tel:    (503) 326-2123
Fax:    (503) 326-5524
Email: michelle_sweet@fd.org

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:20-cr-00290-YY |
| Plaintiff, | **UNOPPOSED MOTION TO CONTINUE SENTENCING DATE** |
| vs. | |
| **LILLITH ETIENNE GRIN,** | |
| Defendant. | |

The defendant, Lillith Grin, through counsel, Michelle Sweet, moves the Court to enter an Order continuing the sentencing hearing in the above-captioned case for approximately 60 days (*i.e.*, until September 6, 2021). Sentencing is currently scheduled for July 7, 2021. This motion constitutes Ms. Grin's first request to continue her sentencing

hearing. The government, through Assistant U.S. Attorney Paul T. Maloney, does not oppose the motion.

At present, a presentence report has been ordered in this case. Based on the plea agreement in this case, this case may not continue to sentencing. In order to avoid the probation office having to prepare a presentence report which may be unnecessary, a continuance is necessary in order to avoid the rapidly upcoming deadlines associated with the presentence report.

Ms. Grin respectfully requests that the Court continue her current sentencing date for 60 days (*i.e.*, until September 6, 2021).

Respectfully submitted this 18th day of May, 2021.

/s/ Michelle Sweet
Michelle Sweet
Attorney for Defendant
