SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**PAUL T. MALONEY, OSB #013366**
Assistant United States Attorney
Paul.Maloney@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00290-YY |
| v. | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| **LILLITH ETIENNE GRIN,** | |
| Defendant. | |

United States of America moves to dismiss this information with prejudice in the interest of justice. Defendant has completed the requirements of a deferred resolution agreement, and the government stipulates to the entry of dismissal with prejudice.

Dated: July 13, 2021                                            Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney


 /s/ Paul T. Maloney
PAUL T. MALONEY, OSB #013366
Assistant United States Attorney